| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | JOSEPH D. BARTON |
| | ANTONIO J. PATACA |
| 3 | Assistant United States Attorneys |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00082-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| v. | |
| IFEANYI VINCENT NTUKOGU, KELO WHITE, AND DONALD RAY PIERRE, | |
| Defendants. | |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for trial on October 18, 2022, and time under the Speedy Trial Act was excluded from May 17, 2022 through October 18, 2022, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the trial date be continued until April 11, 2023, at 8:30 a.m., with a Trial Confirmation Hearing scheduled for March 27, 2023, at 9:00 a.m. This is now the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation. The defendants move to exclude time from October 18, 2022, through April 11, 2023, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

1

3. The parties stipulate to the following motions schedule: any motions in limine will be filed on or before January 6, 2023, responses will be filed on or before January 27, 2023, and any replies will be filed on or before February 10, 2023.  A hearing on the motions will be held on February 27, 2023 at 10:00 a.m.

4. The parties stipulate and request that the Court make the following findings:

    a. The government has produced discovery to defense counsel and made other items available for inspection and copying.  The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial.

    b. Defense counsel desires additional time to complete their review of the discovery, perform additional investigation, conduct legal research, conduct plea negotiations, prepare pretrial motions, and otherwise prepare for trial.

    c. Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

    d. Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of October 18, 2022, through April 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

///
///
///

**IT IS SO STIPULATED.**

                                                          Respectfully Submitted,

DATED:  July 29, 2022                          */s/ Antonio J. Pataca*_____
                                                          ANTONIO J. PATACA
                                                          Assistant United States Attorney

DATED:  July 29, 2022                          */s/ Daniel Bacon*_____
                                                          DANIEL BACON
                                                          Counsel for Ifeanyi Ntukogu

DATED:  July 29, 2022                          */s/ Roger Bonakdar*_____
                                                          ROGER BONAKDAR
                                                          Counsel for Kelo White

**ORDER**

      Pursuant to the stipulation of the parties: the previously scheduled trial date in this action of October 18, 2022 is vacated; the trial date is continued to April 11, 2023, at 8:30 a.m. and Trial Confirmation Hearing is now scheduled for March 27, 2023, at 9:00 a.m.; the proposed briefing schedule for motions in limine is adopted; and the period of time from October 18, 2022, through April 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

IT IS SO ORDERED.

Dated:  **July 29, 2022**                                                                                    *Dale A. Drozd*
                                                                                UNITED STATES DISTRICT JUDGE