**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 150
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for IFEANYI VINCENT NTUKOGU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> IFEANYI VINCENT NTUKOGU ) <br> KELO WHITE, AND ) <br> DONALD RAY PIERRE, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:19 CR 00082 ADA-BAM <br><br> STIPULATION AND ORDER <br> TO CONTINUE TRIAL DATE |

Plaintiff, United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for trial on April 1l, 2023, and time under the Speedy Trial Act was excluded from May 17, 2022 through April 11, 2023, inclusive, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2. The parties now stipulate and request that the trial date be vacated as well as any other dates attendant thereto, and a new status conference and trial setting be scheduled for April 26, 2023, before Magistrate Judge Barbara A. McAuliffe at 1:00 PM. This is now the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation. The defendants move to exclude time from April 11, 2023, through April 26, 2023, inclusive, under 18

STIPULATION AND ORDER TO CONTINUE TRIAL DATE

U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3. The parties stipulate and agree that the continuance is necessary as defendant's counsel Roger T. Nuttall has informed defendant Ifeanyi Vincent Ntukogu and defendant's counsel Daniel A. Bacon that he will no longer be available to attend the trial due to ongoing illness.

4. The parties stipulate and request that the court make the following findings:

   a. The government has produced discovery to defense counsel and made other items available for inspection and copying.  The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial.

   b. Defendant Ifeanyi Vincent Ntukogu desires additional time to retain additional trial counsel to complete their review of the discovery, perform additional investigation, conduct legal research, conduct plea negotiations, prepare pretrial motions, and otherwise prepare for trial.

   c. Defense counsel for Ifeanyi Vincent Ntukogu believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

   d. Based on the above-findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act and 18 U.S.C. §3161, *et seq.*, under which trial must commence, the period of April 11, 2023 through April 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) because it results from a continuance granted by the court at defendants' request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

DATED: __February 10, 2023._   /s/ Antonio J. Pataca
                               ANTONIO J. PATACA
                               ASSISTANT UNITED STATES ATTORNEY

DATED: ___February 10, 2023___   /s/ Daniel A. Bacon
                                 DANIEL A. BACON, Attorney for
                                 IFEANYI VINCENT NTUKOGU

DATED: __February 10, 2023_____   /s/ Roger Bonakdar
                                  ROGER BONAKDAR, Attorney for
                                  KELO WHITE

ORDER

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the previously scheduled trial date in this action of April 11, 2023 is vacated, **as well as any other dates attendant thereto**, and a new status conference and trial setting are scheduled for April 26, 2023 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe, and the period of time from April 11, 2023 through April 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

   Dated:   February 13, 2023

                                              _____
                                              UNITED STATES DISTRICT JUDGE