AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:19-cr-00082-ADA-BAM  Document 138  Filed 01/31/24  Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| United States of America | ) | |
| v. | ) | Case No: 1:19-CR-00082-NODJ-BAM-3 |
| DONALD RAY PIERRE | ) | |
| | ) | USM No: 78159-097 |
| Date of Original Judgment: 7/21/2020 | ) | |
| Date of Previous Amended Judgment: | ) | Peggy Sasso |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  112  months **is reduced to**  100 months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/22/2020  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  1/29/2024 

Effective Date:  02/01/2024 
*(if different from order date)*

KIMBERLY L. MUELLER
CHIEF UNITED STATES DISTRICT JUDGE
*Printed name and title*