HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:19-cr-00082-ADA-BAM-3 |
|---|---|---|
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) ) | |
| DONALD RAY PIERRE, | ) ) | |
| *Defendant,* | ) ) ) | |
| | ) | |

Defendant, Donald Ray Pierre, through the Federal Defender for the Eastern District of

California, hereby requests appointment of counsel for assistance in seeking early termination of

his supervised release.

Mr. Pierre is currently serving a 36-month term of supervised release that began on

November 5, 2024.  Mr. Pierre submits the attached Financial Affidavit as evidence of his

inability to retain counsel at this time.

After reviewing his Financial Affidavit, it is respectfully recommended that CJA panel

counsel be appointed.

DATED: May 28, 2026                              _____*/s/ Peggy Sasso*_____
                                                                    PEGGY SASSO
                                                                    First Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:    **May 28, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge